BEFORE THE SECOND DIVISION, OCTOBER 6, 1966

**No. P66/249.**—Brown Boveri Corp. and Gehrig Hoban & Co., Inc. *v.* United States, protest 324066–K (New York).

**No. P66/250.**—Lafayette Radio Electronics Corp. *v.* United States, protest 64/4409 (A) (New York).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc.*, Arrow Sales, Inc. (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

**No. P66/251.**—Chadwick-Miller Importers, Inc. *v.* United States, protest 61/18642 (Boston).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of battery-operated mixers similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiff was sustained.

**No. P66/252.**—Levin Bros., Inc. *v.* United States, protests 65/2847 and 65/3147 (New York).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of blinker Christmas lanterns similar in all material respects to those the subject of *John A. Steer Company* v. *United States* (53 Cust. Ct. 229, Abstract 68673), the claim of the plaintiff was sustained.

**No. P66/253.**—Terra International Co., Ltd. *v.* United States, protest 65/15438 (New York).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of battery-operated mixmasters similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiff was sustained.